Fill in this information to identify your case:

United States Bankruptcy Court for the:

Middle District of North Carolina

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Electronic Data Magnetics, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Label America |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 56-1374841 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 210 Old Thomasville Rd. | |
| Number        Street | Number        Street |
| | P.O. Box |
| High Point          NC      27260 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Guilford County | |
| County | Number        Street |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://electronicdata.com/ |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Electronic Data Magnetics, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3346

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Electronic Data Magnetics, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Electronic Data Magnetics, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/21/2021__
MM / DD / YYYY

**X** _H. Richard Hallman_
Signature of authorized representative of debtor

H. Richard Hallman
Printed name

Title __President and CEO__

**18. Signature of attorney**

**X** _____
Signature of attorney for debtor

Date __04/21/2021__
MM / DD / YYYY

James C. Lanik
Printed name

Waldrep Wall Babcock & Bailey PLLC
Firm name

1076 West Fourth Street
Number      Street

Winston Salem
City

NC
State

27101
ZIP Code

336-722-6300
Contact phone

jlanik@waldrepwall.com
Email address

30454
Bar number

NC
State

Electronic Data Magnetics, Inc.

Debtor _____    Case number (*if known*)_____

First Name   Middle Name   Last Name

## <u>Continuation Sheet for Official Form 201</u>

**4) Debtor's Addresses**

**Business**                                              2500 Sinclair Avenue  High Point, NC
                                                          27260, Guilford County

**Business**                                              2506 Sinclair Avenue  High Point, NC
                                                          27260, Guilford County

**CONSENT RESOLUTION OF BOARD OF DIRECTORS AUTHORIZING
COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 11 FOR
ELECTRONIC DATA MAGETICS, INC.**

WHEREAS, H. Russell Hallman, II, R. Brian Hallman, David L. Hallman, and H. Richard Hallman are the sole directors of Electronic Data Magnetics, Inc. (the "Company"), and

WHEREAS, all the directors met and determined, in the exercise of their business judgment, that the financial condition of the Company necessitates the reorganization of the Company under the protections afforded by Chapter 11 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court for the Middle District of North Carolina, a Chapter 11 petition and to otherwise proceed under Chapter 11 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that H. Richard Hallman, as President and Chief Executive Officer of the Company, is authorized to execute on behalf of the Company the petition, schedules, statement of financial affairs, monthly and quarterly reports, and any other documents required for the Chapter 11 filing, and

BE IT FURTHER RESOLVED that the Company shall employ Waldrep Wall Babcock & Bailey PLLC as its bankruptcy counsel to assist the Company in filing the Chapter 11 case and in all proceedings thereunder, and

BE IT FURTHER RESOLVED that the President and Chief Executive Officer is authorized to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

This the _15th_ of April, 2021.

H. Richard Hallman, Director

H. Russell Hallman, II, Director

R. Brian Hallman, Director

David L. Hallman, Director

**Fill in this information to identify the case:**

Debtor name ___Electronic Data Magnetics, Inc.___

United States Bankruptcy Court for the: ___Middle District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | IDENTIV,  INC. 1900 CARNEGIE AVE #B  SANTA ANA, CA, 92705 | | Suppliers or Vendors | | | | 995,279.46 |
| 2 | Truist Bank c/o Katrina D. Ramey, 200 West Second St. 3rd Floor Winston Salem, NC, 27101 | | Monies Loaned / Advanced | | | | 928,115.00 |
| 3 | Triad Business Bank 1501 Highwoods Blvd. Suite 103 Greensboro, NC, 27410 | | Monies Loaned / Advanced | | | | 859,104.72 |
| 4 | Invengo Technology Corp. 7320 Six Forks Rd. Raleigh, NC, 27615-5284 | | Suppliers or Vendors | | | | 811,415.42 |
| 5 | MIKRON AMERICA INC 8400 E CRESCENT PKWY.  GREENWOOD VILLAGE, CO, 80111 | | Suppliers or Vendors | | | | 129,253.13 |
| 6 | PIXELLE SPECIALTY SOLUTIONS PO BOX 536013  PITTSBURGH, PA, 15253-5902 | | Suppliers or Vendors | | | | 100,006.12 |
| 7 | TRANSCENDIA, INC 9201 W BELMONT AVENUE  FRANKLIN PARK, IL, 60131 | | Suppliers or Vendors | | | | 83,193.81 |
| 8 | DUPONT TEIJIN FILMS BANK OF AMERICA  COLLEGE PARK, GA, 30349 | | Credit Card Debt | | | | 59,360.07 |

Debtor   Electronic Data Magnetics, Inc.
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | LUBRIZOL ADVANCED MATERIALS<br>PO BOX 643050<br><br>PITTSBURG, PA, 15264-3050 | | Suppliers or Vendors | | | | 49,516.36 |
| 10 | APPVION, INC.<br>PO BOX 936604<br><br>ATLANTA, GA, 31193-6604 | | Suppliers or Vendors | | | | 42,752.25 |
| 11 | DIXON HUGHES GOODMAN<br>PO BOX 602828<br><br>CHARLOTTE, NC, 28260-2828 | | Services | | | | 40,600.00 |
| 12 | BRADLEY PERSONNEL, INC.<br>1124 ELON PLACE<br><br>HIGH POINT, NC, 27260 | | Services | | | | 40,595.77 |
| 13 | GENERAL METAL ENGRAVING<br>PO BOX 760<br><br>SAN GABRIEL, CA, 91778 | | Suppliers or Vendors | | | | 39,425.00 |
| 14 | FEDEX FREIGHT<br>PO BOX 223125<br><br>PITTSBURGH, PA, 15250-2125 | | Services | | | | 36,001.51 |
| 15 | CONTRACT CONVERTING<br>W6580 QUALITY DRIVE<br><br>GREENVILLE, WI, 54942 | | Suppliers or Vendors | | | | 32,936.80 |
| 16 | UHS Premium Billing<br>P.O. Box 94017<br>Palatine, IL, 60094-4017 | | Services | | | | 23,926.29 |
| 17 | KLOCKNER PENTAPLAST OF AMERICA<br>3585 KLOCKNER ROAD<br><br>GORDONSVILLE, VA, 22942 | | Suppliers or Vendors | | | | 22,249.83 |
| 18 | INTERNATIONAL PAPER<br>PO BOX 532629<br><br>ATLANTA, GA, 30353-2629 | | Suppliers or Vendors | | | | 20,772.08 |
| 19 | ROTOMETRICS<br>PO BOX 6354<br><br>CAROL STREAM, IL, 60197-6354 | | Suppliers or Vendors | | | | 20,603.93 |
| 20 | TOTAL COMPUTER SOLUTIONS<br>5601 NEW GARDEN VILLAGE DR<br><br>GREENSBORO, NC, 27410 | | Services | | | | 17,402.80 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Electronic Data Magnetics, Inc.__

United States Bankruptcy Court for the: __Middle District of North Carolina__

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/21/2021__    ✗ _H. Richard Hallman_____
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

_H. Richard Hallman_____
Printed name

_President_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

1ST RESPONSE FIRST AID
1589 SKEET CLUB RD
HIGH POINT, NC 27265

A-Z Enterprises
3409 Giant Oaks Drive
Sophia, NC 27350-8119

AAA Cooper
P.O. Box 935003
Atlanta, GA 31193

AAA PRESS INTERNATIONAL INC
3166 N. KENNICOTT AVE
ARLINGTON HEIGHTS, IL 60004

ACCIDENT FUND
PO BOX 77000 DEPT 77125
DETROIT, MI 48277-0125

Accident Fund Insurance Company of America
P.O. Box 77000
Dept 77125
Detroit, MI 48277-0125

ACTEGA NORTH AMERICA
26537 NETWORK PLACE
CHICAGO, IL 60673-1265

Adhesive Research, Inc.
P.O. Box 6158
Hermitage, PA 16148-0922

Adobe Systems Incorporated
29322 Networtk Place
Chicago, IL 60673-1293

Adphos North America
3490 North 127th Street
Brookfield, WI 53005

ADVANCED TECHNOLOGY INC
PO BOX 18665
GREENSBORO, NC 27419

AETNA INC.
PO BOX 804735
CHICAGO, IL 60680-4108

Air Craftsmen Inc
PO BOX 5547
STATESVILLE, NC 27293-2093

Air Power
1430 Trinity Avenue
High Point, NC 27262-5406

Airgas USA, LLC
P.O. Box 734672
Dallas, TX 75373-4672

Akron Income Tax Division
1 Cascade Plaza
11th Floor
Akron, OH 44308-1100

Alanna D. Quick
1212 Delk Dr
High Point, NC 27260

ALLIANTGROUP, LP
PO BOX 4979
HOUSTON, TX 77210-4979

ALLSTATE TECHNOLOGIES
290 CREEKSIDE DRIVE
AMHERST, NY 14228

Alro Steel Corporation
7966 National Service Road
Greensboro, NC 27409

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express
P.O. Box 1270
Newark, NJ 07101-1270

AMERICAN HERITAGE LIFE INS CO
PO BOX 650514
DALLAS, TX 75265-0514

American Urethane
1905 Betson Court
Odenton, MD 21113

American Water Graphics
P.O. Box 86
Forest City, NC 28043-0086

AMERIGAS
PO BOX 371473
PITTSBURG, PA 15250-7473

Ametek Brookfield
11 Commercial Boulevard
Middleboro, MA 02346-1031

Angelina G. Thomas
559 Jarrell Rd
Lexington, NC 27292

Annette Baldwin
608 Habersham Road
High Point, NC 27260

Annette J. Barnette
6012 Evans Mill RD
High Point, NC 27265

Annette's Cleaning Service
608 Habersham Road
High Point, NC 27260

Apple Loan
P.O. Box 5160
Sioux Falls, SD 57117-5160

APPVION, INC.
PO BOX 936604
ATLANTA, GA 31193-6604

APTA
1300 I STREET SUITE 1200 EAST
WASHINGTON, DC 20005

Aqua Fire Protection CO.
1020 E. Springfield Road
High Point, NC 27263

ARAMARK
AUS CENTRAL LOCKBOX PO BOX 731676
DALLAS, TX 75373-1676

Archdale-Tville Locksmith
P.O. Box 218
Thomasville, NC 27360

Archdale/Trinity Serco 8th Annual Big Galute
P.O. Box 4956
High Point, NC 27263

Aris Enterprise Innovation
7 Arrowwood Court
Streamwood, IL 60107

ARROW INKS, LLC
887 S. KINGS HIGHWAY
FORT PIERCE, FL 34945

Ascension Insurance Agency - GSO
5821 Fairview Road
Suite 500
Charlotte, NC 28209

Ashley A. Ratcliffe
2912 Spencer Road
Archdale, NC 27263

Atlantic Coast Toyotalift
P.O. Box B
High Point, NC 27261

Averitt Express
P.O. Box 102197
Atlanta, GA 30368-2197

Avis Roto-Die
PO BOX 65995
LOS ANGELES, CA 90065

AZCOAT
7707 E. ACOMA DR., #117
SCOTTSDALE, AZ 85260

Azelis Anmericas Case
154 Pioneer Drive
Leominster, MA 01453

BALDWN AMERICAS CORP
26211 NETWORK PLACE
CHICAGO, IL 60673-1262

Bang-On Ratsabout
2901 Central Avenue
High Point, NC 27260

BC Tansit
520 Gorge Road East
P.O. Box 9861
Victoria, BC V8W 9T5,

Benckhoff Automation LLC
P.O. Box 1450
Minneapolis, MN 55485-6427

Benjamin Dowd, Sr.
303 Washboard Rd
Lexington, NC 27282

Bertelkamp Automation Inc,
P.O. Box 11488
Knoxville, TN 37939-1488

BI State Development
P.O. Box 270330
Saint Louis, MO 63127

Blossman Inc.
502 National Blvd.
Lexington, NC 27292

Board of County Commissioners
50 South Military Trail
Suite 110
West Palm Beach, FL 33415-3199

Board of Equilization
P.O. Box 942879
Sacramento, CA 94279-8014

Bowling Green City Income Tax
304 N. Church Street
Bowling Green, OH 43402-2306

BRADLEY PERSONNEL, INC.
1124 ELON PLACE
HIGH POINT, NC 27260

Brandon Blankenship
146 Sunset Drive
Thomasville, NC 27360

Brian K. Newman
514 Clover Dr
High Point, NC 27262

Bruce Essick Truck & Sales Service
2305 Dunmore Court
High Point, NC 27263

BUSINESS CARD - Bank of America
PO BOX 15796
WILMINGTON, DE 19886-5796

BUSKRO LTD
1738 ORANGEBROOK CT. #1
PICKERING, NC L1W 3G8

C & H Distributors, Inc.
22133 Network Place
Chicago, IL 60673-1133

C & M Baling Systems, Inc.
P.O. Box 16309
Winston-Salem, NC 27115

C S S Boiler & Mechanical
P.O. Box 29228
Greensboro, NC 27429-9228

C-TECK, INC.
430 BROKEN ISLAND RD
PALMYRA, VA 22963

California State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON, MA 02241-7632

Capital Metropolitan Transportation Authority
P.O. Box 6308
Austin, TX 78762-6308

CAPITAL ONE BANK (USA), N.A.
PO BOX 71083
CHARLOTTE, NC 28272-1083

Caraustar / Grief
1045 Industrial Park Drive
Kernersville, NC 27284

Caraustar Mill Group
3200 Joe Jenkins Boulevard
Austell, GA 30106

Carlson Engineering
P.O. Box 1553
Reidsville, NC 27323

Carol Bolick
6450 Hinshaw Rd
Ramseur, NC 27316

Carolina Solvents Inc
POBox 9206
Hickory, NC 28603

Carotek, Inc.
P.O. Box 890140
Charlotte, NC 28289-0140

CASE PAPER
499 E TIOGA STREET
PHILADELPHIA, PA 19134

Case Paper Company
500 Mamaroneck Avenue
Harrison, NY 10528

Central Collection Agency
205 W. Saint Clair Avenue
Cleveland, OH 44113-1503

Central Florida Regional Transportation Autho
455 North Garland Avenue
Suite 500
Orlando, FL 32801

Charles L. McHenry
5 Woodfern Ln
Haughton, LA 71037

CHEMSOLV, INC.
1140 INDUSTRY AVE., SE
ROANOKE, VA 24013

Chemsultants International
9079 Tyler Boulevard
Mentor, OH 44060

Christopher M. Dawkins
407 White Oak St
High Point, NC 27260

Christopher Outlaw
820 Edinburgh Dr
Jamestown, NC 27282

Cincinnati Income Tax Division
805 Central Avenue
Suite 600
Cincinnati, OH 45202-5756

CINTAS
PO BOX 630803
CINCINNATI, OH 45263-0803

CIRCUIT WORKS
3427 E  LINN AVE
TERRE HAUTE , IN 47805

CITY ELECTRIC ACCOUNTS-CHL
PO BOX 13507
GREENSBORO, NC 27415

City of Akron
1 Cascade Plaza
11th Floor
Akron, OH 4308-1100

City of Albuquerque, Attn: Accounting Divisio
P.O. Box 1985
Albuquerque, NM 87103

City of Bowling Green OH
304 N. Church Street
Bowling Green, OH 43402-2306

City of Canton, OH
Income Tax Department
P.O. Box 9951
Canton, OH 44711-9951

City of Charlotte AP
Attn: CATS / D
P.O. Box 37979
Charlotte, NC 28237-7979

City of Concord
P.O. Box 308
Concord, NC 28026-0308

City of Dayton
P.O. Box 1830
Westerville, OH 43086-1830

City of Dayton - City Hall
101 West 3rd Street
P.O. Box 2806
Dayton, OH 45401

City of Detroit, Michigan
2 Woodward Avenue
Detroit, MI 48226

CITY OF HIGH POINT
PO BOX 10039
HIGH POINT, NC 27261-3039

City of Los Angeles
P.O. Box 513996
Los Angeles, CA 90051-3996

City of Oakland
250 Frank H. Ogawa Plaza
Suite 1320
Oakland, CA 94612

City of Philadelphia
P.O. Box 1393
Philadelphia, PA 19105-9731

City of Santa Rosa
635 First Street
2nd Floor
Santa Rosa, CA 95404

City of Springfield OH
P.O. Box 5200
Springfield, OH 45515

City of Stow
P.O. Box 1668
Stow, OH 44224

City Treasurer
P.O. Box 182437
Columbus, OH 43218-2437

City-County Tax Collector
P.O. Box 1400
Charlotte, NC 28201-1400

Clearly Flexo Concepts
90 Kinkade Lane
Moscow Mills, MO 63362

Cloud Collections
P.O. Box 936497
Atlanta, GA 31193-6497

COLONIAL COUNTRY CLUB
7047 COLONIAL COUNTRY CL
THOMASVILLE, NC 27360

Columbus Income Tax Division
P.O. Box 182158
Columbus, OH 43218-2158

Commonwealth of MA - Corporations Division
One Ashburton Place
17th Floor
Boston, MA 02108-1512

Commonwealth of Virginia
P.O. Box 562
Richmond, VA 23218-0562

COMPANION LIFE
PO BOX 60007
NEWARK, NJ 07101-8052

COMPLETE DESIGN & PACK.
PO BOX 815
CONCORD, NC 28026

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Computer Service LLC
1111 Pine Point Road
West Palm Beach, FL 33404

Conley I. Street
4415 Red Cedar Rd
Mcleansville, NC 27301

Continental Casualty Co.
P.O. Box 78413
Phoenix, AZ 85062-8413

Continental Datalabel
1855 Fox Lane
Elgin, IL 60123

CONTRACT CONVERTING
W6580 QUALITY DRIVE
GREENVILLE, WI 54942

CONVERSOURCE
1510 PAGE INDUSTRIAL BLVD
SAINT LOUIS, MO 63132

Corporation Tax
P.O. Box 193
Trenton, NJ 08646-0193

Corpus Christi Regional Transportation Author
602 N. Staples Street
Corpus Christi, TX 78401

Courtland Kelley
4193 Oak Haven Dr
Trinity, NC 27370

Cristina Vazquez Mayora
180 South Rd Trlr
High Point, NC 27262

CROWN ROLL LEAF, INC
400 PARK AVENUE 19TH FLOOR
NEW YORK CITY, NY 10022

Crystal C. Steele
809 Mark Street
High Point, NC 27260

CTtransit
100 Leibert Road
Hartford, CT 06120

Curtis D. Rich
475 Carl Pressley Rd
Lexington, NC 27295

CUSTOM DRUM
POBox 7072
High Point, NC 27264

CUSTOM MILLING & CONSULTING
1246 MAIDENCREEK RD
FLEETWOOD, PA 19522

Dan Maness
385 Bombay Road
Denton, NC 27239

David L. Hallman
206 Cody Drive
Thomasville, NC 27360

David Linwood Hallman
355 Sirocco Drive
Denton, NC 27239

David Morgan
752 Arnold Rd
Lexington, NC 27295

DBT Coatings LLC
P.O. Box 4121
Greensboro, NC 27404-4121

Deeks & Company
4748 Lewis Road
Stone Mountain, GA 30083

Department of Labor
P.O. Box 71361
Philadelphia, PA 19176-1361

Department of Labor & Indust.
P.O. Box 34226
Seattle, WA 98124-1226

Department of Secretary of State
P.O. Box 29622
Raleigh, NC 27626-0622

Department of State of Florida
P.O. Box 1500
Tallahassee, FL 32302-1500

DEQ-UST
1646 Mail Service Center
Raleigh, NC 27699-1646

Dillon Supply
311 Perimeter Point Blvd.
Winston-Salem, NC 27105

DIXON HUGHES GOODMAN
PO BOX 602828
CHARLOTTE, NC 28260-2828

DMS INC.
1120 ENSELL ROAD
LAKE ZURICH, IL 60047

Dominion Air & Machinery
POBox 13806
Roanoke, VA 24037

Domino Amjet, Inc.
2809 Collection Center Drive
Chicago, IL 60693

Domtar Paper Company, LLC
100 Kingsley Park Drive
Fort Mill, SC 29715-6475

DSS PLASTICS GROUP
151 PARK LANE
BRISBANE, CA 94005

DSS Plastics Group
151 Park Lane
Brisbane, CA 94005

DUKE ENERGY
PO BOX 70516
CHARLOTTE, NC 28272-0516

DUNMORE CORPORATION
145 WHARTON ROAD
BRISTOL, PA 19007-1620

DUPONT TEIJIN FILMS
BANK OF AMERICA
COLLEGE PARK, GA 30349

Dyson Electronics Materials
14-1 Sotokanda 4-Chrome
Chiyoda-ku
Tokyo 101-0021 Japan,

ELITE AQUARIUM SERVICES
750 N MAIN STREET
HIGH POINT, NC 27262

Elvia Hernandez Canales
403 Martin Luther King
Thomasville, NC 27360

Esa My
309 Timberwood Dr
High Point, NC 27260

ESKO GRAPHICS
8535 GANDER CREEK DR.
MIAMISBURG, OH 45342

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461

FEDEX FREIGHT
PO BOX 223125
PITTSBURGH, PA 15250-2125

FEDEX Ground
P.O. Box 360911
Pittsburgh, PA 15250-6911

FEDEX National LTL.
P.O. Box 95001
Lakeland, FL 33804-5001

FEDEX Trade Networks
P.O. Box 842206
Boston, MA 02284-2206

Fibraplex Corp.
518 West Lake Avenue
Celina, TN 38551

FIE High Point # 132
334 West Russell Street
High Point, NC 27260

Fife Corporation
P.O. Box 78536
Milwaukee, WI 53278-0536

Filemaker, Inc.
One Apple Parkway
Cupertino, CA 95014

FINZER ROLLER, INC
6556 SOLUTION CENTER
CHICAGO, IL 27284-3205

Fire Access Security Tech. Inc.
6117 - 2B Hedgecock Circle
High Point, NC 27265

Flexo Export
5 Center Road West
Old Saybrook, CT 06475

Flint Group
1455 Paysphere Circle
Chicago, IL 60674

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

Franchise Tax Board CA
P.O. Box 942857
Sacramento, CA 94257-0531

Franklin B. Loggins
509 A West Ward Avenue
High Point, NC 27260

Fujifilm Graphics Systems
Dept. at 952142
Atlanta, GA 31192-2142

FUTURE PLAN C/O ASCENSUS
23693 NETWORK PLACE
CHICAGO, IL 60673-1236

Future Plan c/o Ascensus
23693 Network Place
Chicago, IL 60673-1236

GARY TOUSSINT
6 SAWYERS COURT
MERRIMACK, NH 03054

GENERAL METAL ENGRAVING
PO BOX 760
SAN GABRIEL, CA 91778

George E Missbach Co
3715 Northside Parkway NW
Atlanta, GA 30327

Georgia Ports
P.O. Box 2406
Savannah, GA 31402

GFL Enviromental
P.O. Box 791519
Baltimore, MD 21279-1519

Glatfelter
228 S. Main Street
Spring Grove, PA 17362-1000

GOLDEN DYNAMIC, INC.
950-M TAYLOR STATION ROAD
GAHANNA, OH 43230

GRAINGER
DEPT. 803771005
PALATINE, IL 60038-0001

Graybar
P.O. Box 403049
Atlanta, GA 30384-3049

Great-West
Dept. 184
Denver, CO 80291-1084

Greater Cleveland Regional Transit Authority
1240 West 6th Street
Cleveland, OH 44113-1331

GREENCORP MAGNETICS, INC.
4342 MCDOWELL ROAD
GROVE CITY, OH 43123

Guilford County Tax Department
P.O. Box 71072
Charlotte, NC 28272-1072

Guilford Industrial Management Services Corp.
201 Peaceful Lane
Thomasville, NC 27360-9217

Guilford Industrial Management Services Corp.
201 Peaceful Lane
Thomasville, NC 27360

H. Russell Hallman
201 Peaceful Lane
Thomasville, NC 27360

Hallman Properties LLC
1500 Country Club Drive
High Point, NC 27262

Hallman Properties, L.L.C.
1500 Country Club Dr.
High Point, NC 27262-4558

Hallman Properties, L.L.C.
1500 Country Club Dr.
High Point, NC 27262

Hallman Properties, L.L.C.
1500 Country Club Drive
High Point, NC 27262-4558

Hallman Properties, L.L.C.
1500 Country Club Drive
High Point, NC 27262

Hampton Roads Transit
508 E. 18th Street
Building #4
Norfolk, VA 23504

Harvey Richard Hallman
1500 Country Club Drive
High Point, NC 27260

Harvey Russell Hallman, II
201 Peaceful Lane
Thomasville, NC 27360

Healther S. Cruthis
244 Black Drive
Thomasville, NC 27360

HEI, Inc.
P.O. Box 1450
Minneapolis, MN 55485-5856

HENDRIX BUSINESS SYSTEMS
2040-A INDEPENDENCE COMMERCE DRIVE
MATTHEWS, NC 28105

HERAEUS NOBLELIGHT AMERICA LLC
21533 NETWORK PLACE
CHICAGO, IL 60673

Huffman Paint
762 N. Main Street
High Point, NC 27264

Hydraukic & Pneumatic Sales
1100 Park Charlotte Boulevard
P.O. Box 410587
Charlotte, NC 28273

Iconex, LLC
P.O. Box 746414
Atlanta, GA 30374-6414

Ideacom
6522 Airport Center Drive
Greensboro, NC 27409

Identification Technologies
333 State Street
North Haven, CT 06473

IDENTIV,  INC.
1900 CARNEGIE AVE #B
SANTA ANA, CA 92705

In Cart Marketing
1321 Horseshoe Canyon Drive
Middleton, ID 83644

Indco, Inc.
P.O. Box 589
New Albany, IN 47151

Integrated Magnetics
11250 Playa Court
Culver City, CA 90230

Internal Revenue Service
P.O. Box 1214
Charlotte, NC 28201-1214

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERNATIONAL PAPER
PO BOX 532629
ATLANTA, GA 30353-2629

Invengo Technologies Corporation
2700 Summer Boulevard
Suite 160
Raleigh, NC 27616

Invengo Technology Corp.
7320 Six Forks Rd.
Raleigh, NC 27615-5284

Ion Systems, Inc.
14477 Collection Center Drive
Chicago, IL 60693

Iris C. Garcia
315 Worrell St
Thomasville, NC 27360

JA Specialty
7636 Harlow Rd
Archdale, NC 27263

Jackie L. Ratcliffe
2912 Spencer Road
High Point, NC 27263

Jacksonville Transportation Authority
121 West Forsyth Street
Suite 200
Jacksonville, FL 32202

Jaime Weyman
508 East Sunrise Avenue
Thomasville, NC 27360

James B. Ray III
601 Runnymeade
Thomasville, NC 27360

James L. Schoolcraft
2710 Piney Mountain Rd
Walnut Cove, NC 27052

Jeff Bowermaster
1111 Virginia St
Greensboro, NC 27401

Jennifer H. Watford
4465 Denton Rd
Thomasville, NC 27360

JEREMY BROWN
659 STEVELYNN CIRCLE
WINTER GARDEN, FL 34787

JOHNSON CONTROLS
PO BOX 371967
PITTSBURGH, PA 15250-7967

Jonathan M. Teeple
4302 Carlys Way
Greensboro, NC 27410

Josh T. Blackburn
4540 Hwy 109 N
Troy, NC 27371

Jowat Corporation
P.O. Box 1368
High Point, NC 27261

Karizaki Specialty Papers
20 Cummings Street
Ware, MA 01082

Kasandra M. Castro
301 Fife St
Thomasville, NC 27360

Keisha D. Quick
6117 Hedgecock Cir
Apt 2 C
High Point, NC 27265

Kevin M. Peeler
115E Swathmore Ave
Apt 3A
High Point, NC 27263

Keyence Corp of America
Dept. Ch. 1728
Palatine, IL 60055-7128

KLOCKNER PENTAPLAST OF AMERICA
3585 KLOCKNER ROAD
GORDONSVILLE, VA 22942

Kolon USA Inc.
65 Challenger Road
Suite 105
Ridgefield Park, NJ 07660

Konica Minolta
21146 Network Place
Chicago, IL 60673-1211

Konica Minolta Business
Dept. AT 952823
Atlanta, GA 31192-2823

Kurt S. Spicer
1124 Scarlett Dr
High Point, NC 27265

Kyle Imgram
1805 Franklin Ave
High Point, NC 27260

LABEL AMERICA-AN EDM CO
210 OLD THOMASVILLE RD
HIGH POINT, NC 27260

Lifeservers, Inc.
P.O. Box 31311
Raleigh, NC 27622-1311

Lighthouse Financial Corp.
925 W. Market Street
Greensboro, NC 27401

Lincoln National Life Ins. Co.
P.O. Box 7247
Philadelphia, PA 19170-0439

Lindmann-USA
P.O. Box 7144
High Point, NC 27264

LIS
207 Hillstone Drive
Jamestown, NC 27282

Louisiana Dept. of Revenue
P.O. Box 751
Baton Rouge, LA 70821-0751

LUBRIZOL ADVANCED MATERIALS
PO BOX 643050
PITTSBURG, PA 15264-3050

M & M Transport
P.O. Box 115
Madison, NC 27025

M & M Welding & Fabrication
6058 Prospect Street
High Point, NC 27263

MACCORD MASON PLLC
PO BOX 2974
GREENSBORO, NC 27402

MARK ANDY
7312 SOLUTION CENTER
CHICAGO, IL 60677-7003

MARK ANDY PRINT PRODUCTS
7561 SOLUTION CTR
CHICAGO, IL 60677-7005

Maryland, State of - Dept. of Assessment & Ta
P.O. Box 17052
Baltimore, MD 21297-1052

Massachusetts Bay Transportation Authority
Ten Park Plaza
Boston, MA 02116

Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, MA 01111-0001

Masterchem Solutions
996A Norcross Industrial Court
Norcross, GA 30071-2694

Matthias Paper
P.O. Box 130
Washington, NC 27889

MAXCESS AMERICAS, INC
PO BOX 733271
DALLAS, TX 75373-3271

Maxwell Industries
2024 West 5th Street
Washington, DC 27889

McLeod Belting Company
P.O. Box 2310
Greensboro, NC 27402

MCMASTER-CARR
PO BOX 7690
CHICAGO, IL 60680-7690

Melinda G. Myers
6 Braxton Ln
Thomasville, NC 27360

Metropolitan Council
390 North Robert Street
Saint Paul, MN 55101

Michael D. Birt
465 Westbury Dr
Asheboro, NC 27205

Michael D. Cottrell
204 Oakmont Circle
High Point, NC 27263

Michelman, Inc.
P.O. Box 734181
Chicago, IL 60673-4181

Mid American Rubber
415 West Cushman Avenue
Three Rivers, MI 49093

Mikes Welding
P.O. Box 128
2871 Old Hwy 29
Thomasville, NC 27361

MIKRON AMERICA INC
8400 E CRESCENT PKWY.
GREENWOOD VILLAGE, CO 80111

Monaco
3030 Monaco Way
Knoxville, TN 37914-6515

Mone Sour
3403 Triangle Lake Rd
Apt B
High Point, NC 27260

Motion Control Systems
P.O. Box 16207
Greensboro, NC 27416-0207

MOTION INDUSTRIES
PO BOX 404130
ATLANTA, GA 30384

MTA New York City Transit
2 Broadway
19th Floor
New York, NJ 10004

Municipality of Anchorage
Public Transportation
3600 Dr. Martin Luther King Jr., Drive
Anchorage, AK 99507

MyFloridaMarketPlace
P.O. Box 65497
Tallahassee, FL 32314-5497

NC Department of Commerce
P.O. Box 27626
Raleigh, NC 27626

NC Department of Labor
1101 Mail Service Center
Raleigh, NC 27699-1101

NC Department of Labor
4964 University Parkway
Suite 20
Winston Salem, NC 27106

NC Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0700

NC Division of Motor Vehicles
P.O. Box 29620
Raleigh, NC 27626-0620

NC HAZARDOUS WASTE SECT
1646 MAIL SERVICE RD
ATTN: PATRICIA DAVALOS
RALEIGH, NC 27699-1646

NC Railroad Company
2809 Highwoods Boulevard
Suite 100
Raleigh, NC 27604

NC Secretary of State
P.O. Box 668
605 Lafayette Avenue
Crawfordsville, IN 47933

New World Transportation
2001 Westside Parkway
Suite 200
Alpharetta, GA 30004

New World Transportation Services, Inc.
2001 Westside Pkwy.
Suite 200
Alpharetta, GA 30004

New York State Corporation Tax
P.O. Box 15180
Albany, NY 12212-5180

NJ Department of the Treasury
EEO Monitoring Program
P.O. Box 206
Trenton, NJ 08625-0206

Nor-Cote
PO BOX 668
CRAWFORDSVILLE, IN 47933

Norma A. Vera
185 South Road
High Point, NC 27262

North  State Communications
P.O. Box 2326
High Point, NC 27261-2326

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0700

North Carolina Employment Security Commission
P.O. Box 25903
Raleigh, NC 27611-5903

Northstate Communications
P.O. Box 612
High Point, NC 27261

Oakland Business Tax
P.O. Box 61000
San Fransisco, CA 94161-2918

Ohio Department of Taxation
P.O. Box 27
Columbus, OH 43216-0027

Ohio Treasurer of State
P.O. Box 182101
Columbus, OH 43218-2101

Open Systems, Inc.
4301 Dean Lakes Boulevard
Shakopee, MN 55379

Orkin Pest Control
107 Bonita Drive
Greensboro, NC 27405

OUTGO360, LLC
10000 WYNGATE RIDGE DR
RALEIGH, NC 27617

Owosso Graphic Arts, Inc.
151 N. Delaney Road
Owosso, MI 48867

PA Department of Revenue
P.O. Box 280422
Harrisburg, PA 17128-0422

PALLETS PLUS, INC.
12990 TRINITY RD
TRINITY, NC 27370

Paper Tubes and Sales Company
1550 Hinton
Dallas, TX 75235

Paracorp Inc. DBA Parasec
P.O. Box 160568
Sacramento, CA 95816-0568

Paul O. Say
3949 Claybrooke Ct
High Point, NC 27260

Phayphet Vimonkhonh
6044 Weant Rd
High Point, NC 27263

Phetsamay Labangsy
309 Friendly Avenue
High Point, NC 27260

PHIL ROY
PO BOX 991
MERRIMACK, NH 03054

Philadelphia Department of Revenue
1315 Walnut Street
Suite 200
Philadelphia, PA 19107

Philadelphia, City of - Department of Revenue
P.O. Box 1660
Philadelphia, PA 19105-1660

Phonethip Phaonoulath
1700 Marie Avenue
High Point, NC 27263

Picolia D. Hayes
1716 Waverly St
High Point, NC 27265

Piedmont Natural Gas
P.O. Box 1246
Charlotte, NC 28201-1246

Piedmont Plumbing Service
P.O. Box 6769
High Point, NC 27262

Pierce Transit
3701 96th Street SW
Lakewood, WA 98499-4431

Pinellas Suncoast Transit Authority
3201 Scherer Drive
Saint Petersburg, FL 33716

Pinnacle Bank
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC 27615

Pitney Bowes Rental
PO BOX 371896
Pittsburgh, PA 15250-7896

PITNEY BOWES-PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

Pitt Ohio Express, LLC
P.O. Box 643271
Pittsburg, PA 15264-3271

Pitt Ohio Express, LLC
P.O. Box 643271
Pittsburgh, PA 15264-3271

PIXELLE SPECIALTY SOLUTIONS
PO BOX 536013
PITTSBURGH, PA 15253-5902

Pixelle Specialty Solutions
P.O. Box 536013
Pittsburgh, PA 15253-5902

PLASTICARD LOCKTECH
PO BOX 679814
DALLAS, TX 75267-9814

POLYROL INC
PO BOX 643917
CINCINNATI, OH 45264-3917

Port Authority of Allegheny County
345 Sixth Avenue
Third Floor
Pittsburgh, PA 15222-2527

Port of Houston Authority
111 East Loop North
Houston, TX 77029

POWER DRIVES
8031 PENCE DRIVE
CHARLOTTE, NC 28215

Precision Gage & Tool Co.
375 Gargrave Road
Dayton, OH 45449

Probenefits, Inc.
2640 Reynolda Road
Winston Salem, NC 27106

Probenefits, Inc.
P.O. Box 896200
Charlotte, NC 28289-6200

PRODUCTIVE SOLUTIONS,LLC
1654 GREYCREST WAY
RENO, NV 89521

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Q-Card
301 Reagan Street
Sunbury, PA 17801

Quality Machine & Tool Co.
P.O. Box 662
Kernersville, NC 27285-0662

Quarteyus Evans
1313 Waybridge Ln
Winston Salem, NC 27103

Quartz Lamps, Inc.
9787 Harwood Ct.
Fairfield, OH 45014

R-Con Packaging, LLC
8611 Case Ridge Drive
Oak Ridge, NC 27310

R. Brian Hallman
8 Willow Court
Thomasville, NC 27360

R.I.T.A.
P.O. Box 89475
Cleveland, OH 44101-6475

Rachel L. Draughn
510 Hickory Chapel Rd
Thomasville, NC 27360

Randy Bunnell
12916 Rising Sun Terrace
Charlotte, NC

RCM MECHANICAL INC
PO BOX 267
WHITSETT, NC 27377-0267

Regional Income Tax Agency
P.O. Box 94582
Cleveland, OH 44101-4582

Relation Insurance Services of NC
4900 Kroger Boulevard
Suite 450
Greensboro, NC 27407

Republic
P.O. Box 9001099
Louisville, KY 40290

Republic Services #603
2875 Lowery Street
Winston-Salem, NC 27101-6127

Richard Brian Hallman
144 Rabbit Run
Lexington, NC 27292

Richard Hallman
1500 Country Club Drive
High Point, NC 27262

Saint Gobain Ceramic Material
P.O. Box 29283
New York, NY 10087-9283

Richard Hallman, as Trustee of the H. Richard
1500 Country Club Drive
High Point, NC 27262

Samuel R. Welborn
4983 Yanceyville Rd
Browns Summit, NC 27214

Richard S. Krewson
400 Archer Rd
Winston Salem, NC 27106

San Mateo County Transit District
1250 San Carlos Ave
San Carlos, CA 94070

Rick Grady
P.O. Box 5347
High Point, NC 27262

Santa Clara Valley Transportation Authority
3331 North First Street
San Jose, CA 95134

Rita J. Hunt
232 Colleen Drive
Thomasville, NC 27360

SEAL SCIENCE, INC
1160 WIN DRIVE
BETHLEHEM, PA 18020

Robert Mathis
1808 King Street
High Point, NC 27260

Secretary of State
P.O. Box 944230
Raleigh, NC 27626-0525

Roosevelt Paper Company
11001 Paper Boulevard
Richwood, KY 41094

Secretary of State - CA
P.O. Box 944230
Sacramento, CA 94244-2300

ROTOMETRICS
PO BOX 6354
CAROL STREAM, IL 60197-6354

SEECO, INC.
920 SALEM GLEN COURT
CLEMMONS, NC 27012

Roy A. Clingenfield
2808 Uwharrie Rd Unit G
High Point, NC 27263

Selective Insurance
40 Wantage Avenue
Branchville, NJ 07890

RPA International Inc.
2322 Troy Avenue
South El Monte, CA 91733

SELECTIVE INSURANCE COMPANY
BOX 371468
PITTSBURGH, PA 15250-7468

S-One Labels & Packaging
1605 Main Street
Suite 503
Sarasota, FL 34236-5840

Shaun Outlaw
4733 Fox Trot Rd
Greensboro, NC 27406

SAIA
POBox 730532
Dallas, TX 75373-0532

SHAWN PRODUCTS, INC.
PO BOX 7227
HIGH POINT, NC 27264

Shenika M. Castro
510 Flint Avenue Apt A
High Point, NC 27260

Shure-Glue Systems, Inc.
457 Circle Freeway Drive
Cincinnati, OH 45246

SILONE INC
1440 KOLL CIRCLE #103
SAN JOSE, CA 95112

SKC AMERICA, INC.
PO BOX 102642
ATLANTA, GA 30368-2642

Sloop Fire Extinguisher
1233 Dorris Avenue
High Point, NC 27260

SmartProcure
700 West Hillsboro Blvd.
Suite 4-100
Deerfield Beach, FL 33441

SNYDER PAPER
PO BOX 60940
CHARLOTTE, NC 28260

SOFASCO
182 Graber Lane
Winchester, VA 22602

Soliant Consulting Inc.
14 N. Peoria Street
2H
Chicago, IL 60607

Sotoul Nguyen
1325 Potts Avenue
High Point, NC 27260

Southeast Mailing
1360 Union Hill Road
Bldg. 6
Alpharetta, GA 30004-8433

Southeastern Pennsylvania Transportation Auth
1234 Market Street
Philadelphia, PA

SPECIALTY ROLL PRODUCTS
PO BOX 5374
MERIDIAN, MA 39302

SPECTRUM BUSINESS
PO BOX 70872
CHARLOTTE, NC 28272-0872

STANDARD INSURANCE COMPANY
PO BOX 5676
PORTLAND, OR 97228-5676

Standard Insurance Company
P.O. Box 5676
Portland, OR 97228-5676

Standard Register Co.
600 Albany Street
Dayton, OH 45408

Stanley McCoy
220 Hunley School Road
Salisbury, NC 28147

State of California
1500 11th Street
Sacramento, CA 94244-2300

State of Maryland
Personal Property Division
P.O. Box 17052
Baltimore, MD 21297-1052

State of New Jersey
P.O. Box 929
Trenton, NJ 08646-0929

State of New Jersey - CBT
P.O. Box 666
Trenton, NJ 08646-0666

State of NJ - Corp. Tax
P.O. Box 666
Trenton, NJ 08646-0666

State of North Carolina Dept. of
P.O. Box 25000
Raleigh, NC 27640-0001

STYERS EQUIPMENT CO
8301 W. 125TH ST
OVERLAND PARK, KS 66213

Sunland Fire Protection
P.O. Box 277
Jamestown, NC 27282

Sunland Fire Protection Inc.
P.O. Box 277
Jamestown, NC 27282

SUPPLYONE, INC ROCKWELL
PO BOX 534331
ATLANTA, GA 30353-4331

Susan Notarius
Brown & Joseph, LLC
One Pierce Place, Suite 700W
Itasca, IL 60143

SYLVESTER & COCKRUM, INC
600 GUN CLUB RD
WINSTON SALEM, NC 27103

Tamco Metal Finishing Inc.
P.O. Box 120
Reidsville, NC 27323-0120

TARHEEL PAPER
3200 CENTRE PARK BLVD
WINSTON SALEM, NC 27107

Tencarva Machinery
1115 Pleasant Ridge Road
Greensboro, NC 27409

The Comp Center
7404 Somersby Drive
Summerfield, NC 27358

TONY'S LAWN CARE
265 EASTCHESTER DR.,
HIGH POINT, NC 27262

Tools & Production
466 W. Arrow Hwy.
San Dimas, CA 91773

Top Flight
1300 Central Avenue
Chattanooga, TN 37408

TOTAL COMPUTER SOLUTIONS
5601 NEW GARDEN VILLAGE DR
GREENSBORO, NC 27410

Toy S. Bolton
4874 Old Town Village Cir
Pfafftown, NC 27040

TRANSCENDIA, INC
9201 W BELMONT AVENUE
FRANKLIN PARK, IL 60131

Travelers Bond & Specialty Insurance
385 Washington St. - Mail Code 9275-NB03
Attn: Bond & Specialty Insurance Claim
Saint Paul, MN 55102

TRAVELERS CL REMITTANCE CENTER
P.O. Box 660317
Dallas, TX 75266-0317

Trent M. Brock
5604 Morgan Street
Trinity, NC 27370

Triad Business Bank
1501 Highwoods Blvd.
Suite 103
Greensboro, NC 27410

Triad Sheet Metal & Mechanical
P.O. Box 29106
Greensboro, NC 27429

TRUINE TECHNOLOGIES
PO BOX 78175
GREENSBORO, NC 27427

Truist Bank
c/o Katrina D. Ramey, 200 West Second St
3rd Floor
Winston Salem, NC 27101

Truist Bank
c/o Katrina D. Ramey, 200 West Second St
Third Floor
Winston Salem, NC 27101

U.S. Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155

UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

ULINE
PO BOX 88741
CHICAGO, IL 60680

United Healthcare - UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

UNITED REFRIGERATION INC
PO BOX 740703
ATLANTA, GA 30374-0703

United States Treasury - Internal Revenue Ser
Ogden, UT 84201-0062

UNIVAR
PO BOX 409692
ATLANTA, GA 30384-9692

Univar Solutions USA, Inc.
62190 Collections Center Drive
Chicago, IL 60693-0621

UPS
P.O. Box 650690
Dallas, TX 75265-0690

UPS FREIGHT
P.O. Box 650690
Dallas, TX 75265-0690

UPS Freight
P.O. Box 533238
Charlotte, NC 28290-3238

UPS SUPPLY CHAIN SOLUTION
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

Valk Industries, Inc.
P.O. Box 668
50 Valk Lane
Greenville, TN 37744-0668

Van Horn, Metz & Co., Inc.
P.O. Box 269
Conshohocken, PA 19428-0269

Vance Brock
1113 Smith Farm Rd
Lexington, NC 27292

Vecoplan, LLC
5708 Uwharrie Road
High Point, NC 27263

VERIZON
P.O. Box 660108
Dallas, TX 75266-0108

VIA Metropolitan Transit
P.O. Box 12489
800 West Myrtle
San Antonio, TX 78212

Vival Media
P.O. Box 4618
Carol Stream, IL 60197-4618

VIVIAL MEDIA
PO BOX 4618
CAROL STREAM, IL 60197-4618

Walter W. Pitt, Jr.
100 N. Cherry St.
Suite 600
Winston Salem, NC 27101

Walter W. Pitt, Jr.
100 N. Cherry St.
Suite 600
Winston-Salem, NC 27101

We Do Engineering, CIN
1216 Stratford Woods Drive
Newark, OH 43055

Wells Fargo Equipment
P.O. Box 1450 NW 7386
Minneapolis, MN 55485-7386

Westchester Auto Service
2600 Westchester Drive
High Point, NC 27262

Willetta M. Taylor
423 Blackberry Road
Thomasville, NC 27360

WinGreen Consulting
400 Archer Road
Winston-Salem, NC 27106

Wise Business Forms
118 Hurricane Creek Road
Piedmont, SC 29673

Womack Electric
808 W. Green Drive
High Point, NC 27262-5425

WRIGHT OF THOMASVILLE
5115 PROSPECT ST
THOMASVILLE, NC 27360

Wyatt Early Harris
1912 Eastchester Drive
Suite 400
High Point, NC 27265

XPO GLOBAL LOGISTICS
27839 NETWORK PLACE
CHICAGO, IL 60673-1278

XPO Logistics Freight, Inc.
P.O. Box 5160
Portland, OR 97208-5160

Yazoo Mills
P.O. Box 369
New Oxford, PA 17350

Yesenia Ramirez
303 Fife Street
Thomasville, NC 27360

ZELLER-GMELIN
PO BOX 100434
ATLANTA, GA 30384-0434

ZHEJIANG JUNMP TECHNOLOGY INC
NO. 139 XINHUI RD HIGH -TECH ZONE
NINGBO
ZHEJIANG  CHN,

ZIRCOA, INC.
31501 SOLON ROAD
SOLON, OH 44139-3526

United States Bankruptcy Court
Middle District of North Carolina

In re:  Electronic Data Magnetics, Inc.

Case No.

Chapter    11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____04/21/2021_____

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor