FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | |
|---|---|
| Case No: | 21-10222   LMJ   Judge: LENA M. JAMES |
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. |
| For Period Ending: | 06/30/22 |

| | |
|---|---|
| Trustee Name: | EVERETT B. SASLOW, JR. |
| Date Filed (f) or Converted (c): | 12/14/21 (c) |
| 341(a) Meeting Date: | 01/10/22 |
| Claims Bar Date: | 02/22/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. First Citizens Bank - General Account<br>Checking 3355<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 247.09 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 2. Truist Bank - ABL Collateral Reserve<br>Checking 1088<br>Balance: $0.00<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 3. Triad Business Bank - PPP<br>Checking 9132<br>Balance: $86,203.69<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 86,203.69 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 4. Truist Bank - 401k<br>Checking 1591<br>Balance: $66.07<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 66.07 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 5. Truist Bank - Label America<br>Checking 2796<br>Balance: $11,273.67<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 11,273.67 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX

Ver: 22.06b

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| Case No: | 21-10222     LMJ     Judge: LENA M. JAMES |
|---|---|
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. |

| Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|
| Date Filed (f) or Converted (c): | 12/14/21 (c) |
| 341(a) Meeting Date: | 01/10/22 |
| Claims Bar Date: | 02/22/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 6. Truist Bank - Operating Account<br>Checking 1124<br>Balance: $870.80<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 870.80 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 7. Truist Bank - Payroll<br>Checking 1583<br>Balance: $14,756.04<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 14,756.04 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 8. Truist Bank - SBA Collateral Reserve<br>Checking 4917<br>Balance: $0.00<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 9. Truist Bank - Money Market<br>Money Market 6241<br>Balance: $30.88<br>No funds available at time of conversion to turn over to Chapter 7 Trustee | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 10. Accounts Receivable<br>90 days old or less<br>Sold to Paragon Group Limited on 9/20/2021; See Sale | 473,833.11 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX

Ver: 22.06b

FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

| Case No: | 21-10222   LMJ   Judge: LENA M. JAMES | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. | Date Filed (f) or Converted (c): | 12/14/21 (c) |
| | | 341(a) Meeting Date: | 01/10/22 |
| | | Claims Bar Date: | 02/22/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | | | | | | | |
| 11. Raw Materials<br>See Schedule A/B Part 5, Question 19 Attachment 4/3/2021<br>Cost<br>Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | 1,071,298.61 | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 12. Finished Goods<br>See Schedule A/B Part 5, Question 21 Attachment 4/3/21<br>Cost<br>Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | 998,171.03 | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 13. Other inventory or supplies<br>See Schedule A/B Part 5, Question 22 Attachment 4/3/2021<br>Cost<br>Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | 146,732.29 | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 14. Office Furniture<br>Cost | 175,425.00 | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |

LFORM1EX

Ver: 22.06b

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 4

| Case No: | 21-10222   LMJ   Judge: LENA M. JAMES |
|---|---|
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. |

| Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|
| Date Filed (f) or Converted (c): | 12/14/21 (c) |
| 341(a) Meeting Date: | 01/10/22 |
| Claims Bar Date: | 02/22/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | | | | | | | |
| 15. Office Equipment  Including all computer equipment and communication systems equipment and software  See Schedule A/B Part 7, Question 39 Attachment  Cost  Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | 315,270.00 | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 16. 1999 GMC C-Series (u)  VIN 1GDK7H1C1XJ505508  Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 17. 2002 Ford F150 (u)  VIN 1FTRX17202NA98405  Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 18. 1996 Ford Explorer (u)  VIN 1FMDU34X1TUA57878  Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX

Ver: 22.06b

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 5

| Case No: | 21-10222   LMJ   Judge: LENA M. JAMES | Trustee Name: | EVERETT B. SASLOW, JR. |
| --- | --- | --- | --- |
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. | Date Filed (f) or Converted (c): | 12/14/21 (c) |
| | | 341(a) Meeting Date: | 01/10/22 |
| | | Claims Bar Date: | 02/22/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 19. Other machinery, fixtures, and equipment  Excluding farm machinery and equipment  See Schedule A/B Part 8, Question 50 Attachment  Cost  Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | 9,063,515.92 | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 20. Leased Property - 210 Old Thomasville Road (u)  High Point, NC 27260  Leasehold  No value to bankruptcy estate found by Chapter 7 trustee in this asset. | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 21. Leased Property - 2500 Sinclair Avenue (u)  High Point, NC 27260  Leasehold  No value to bankruptcy estate found by Chapter 7 trustee in this asset. | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 22. Leased Property - 2506 Sinclair Avenue (u)  High Point, NC 27260  Leasehold  No value to bankruptcy estate found by Chapter 7 trustee in this asset. | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 6

| Case No: | 21-10222   LMJ   Judge: LENA M. JAMES |
|---|---|
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. |

| Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|
| Date Filed (f) or Converted (c): | 12/14/21 (c) |
| 341(a) Meeting Date: | 01/10/22 |
| Claims Bar Date: | 02/22/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 23. U.S. Patent No. 9, 242, 436 (u) Transaction cards and system Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | Unknown | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 24. Electronic Data Magnetics, Inc. and Label America (u) Websites Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | Unknown | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 25. Slurry License (u) Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | Unknown | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 26. Customer lists, mailings lists (u) Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | Unknown | 0.00 | DA | 0.00 | FA | 3,758,000.00 | 0.00 |
| 27. Goodwill (u) Sold to Paragon Group Limited on 9/20/2021; See Sale Order entered 9/17/21 Doc 189 and Report of Sale Doc 199 | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 28. ERC Refund | 378,544.00 | 378,544.00 | | 0.00 | 378,544.00 | 0.00 | 0.00 |

LFORM1EX

Ver: 22.06b

FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 7

| Case No: | 21-10222   LMJ   Judge: LENA M. JAMES | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. | Date Filed (f) or Converted (c): | 12/14/21 (c) |
| | | 341(a) Meeting Date: | 01/10/22 |
| | | Claims Bar Date: | 02/22/22 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 29. Net Operating Loss Carryback Refund Tax year 2020 | 96,694.00 | 96,694.00 | | 0.00 | 96,694.00 | 0.00 | 0.00 |
| 30. Net Operating Loss Carryback Refund Tax year 2019 | 325,817.00 | 325,817.00 | | 0.00 | 325,817.00 | 0.00 | 0.00 |
| 31. IRS Income Tax Refund Tax year 2018 | 22,986.00 | 22,986.00 | | 0.00 | 22,986.00 | 0.00 | 0.00 |
| 32. R&D Credit Carryforward Tax year 2020 | 93,000.00 | 93,000.00 | | 0.00 | 93,000.00 | 0.00 | 0.00 |
| 33. Sale Order Carve Out (u) Tax year 2019 | Unknown | 78,353.29 | | 78,353.29 | FA | 0.00 | 0.00 |
| 34. Sale Order Taxes not due (u) | Unknown | 2,467.27 | | 2,467.27 | FA | 0.00 | 0.00 |
| 35. DIP Loan Account (u) | Unknown | 0.00 | | 13,204.07 | 0.00 | 0.00 | 0.00 |
| 36. Customer Prepayment Account (u) | Unknown | 0.00 | | 81,458.79 | 0.00 | 0.00 | 0.00 |
| 37. WC Insurance Policy with Accident Fund (u) Premium refund after audit | Unknown | 0.00 | | 20,580.40 | FA | 0.00 | 0.00 |
| 38. DIP Lender Carve Out (u) | Unknown | 100,000.00 | | 0.00 | 100,000.00 | 0.00 | 0.00 |

Gross Value of Remaining Assets

LFORM1EX

Ver: 22.06b

FORM 1

INDIGIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 8

Case No: 21-10222   LMJ   Judge: LENA M. JAMES
Case Name: ELECTRONIC DATA MAGNETICS, INC.

Trustee Name: EVERETT B. SASLOW, JR.
Date Filed (f) or Converted (c): 12/14/21 (c)
341(a) Meeting Date: 01/10/22
Claims Bar Date: 02/22/22

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| TOTALS (Excluding Unknown Values) | $13,274,704.32 | $1,097,861.56 | | $196,063.82 | $1,017,041.00 | $37,580,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2nd Interim Quarterly Report.

During the next calendar quarter, the Trustee intends to work on trying to collect tax refunds.

1st Interim Quarterly Report.

During the next calendar quarter, the Trustee intends to work on tax returns and to collect on tax refunds.

Initial Projected Date of Final Report (TFR): 12/31/23    Current Projected Date of Final Report (TFR): 12/31/23

/s/    EVERETT B. SASLOW, JR.
_____ Date: 07/13/22
EVERETT B. SASLOW, JR.
HILL EVANS JORDAN & BEATTY, PLLC
POST OFFICE BOX 989
GREENSBORO, NC  27402
Phone: (336) 379-1390
Email: saslow@hillevans.com
Bar Number: 7301

LFORM1EX

Ver: 22.06b

EXHIBIT B (Form 2)

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 21-10222 -LMJ | | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|---|
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******5576 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4841 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  01/06/22 | 33, 34 | Waldrep Wall Babcock & Bailey, PLLC  1076 West Fourth Street  Winston-Salem, NC 27101 | Remaning balance debtor's attorneys | 1229-000 | 80,820.56 | | 80,820.56 |
| C  01/06/22 | 35 | Truist | Remaining balance in Truist Bank ac | 1229-000 | 13,204.07 | | 94,024.63 |
| C  01/06/22 | 36 | Truist | Remaining balance in Truist Bank ac | 1229-000 | 81,458.79 | | 175,483.42 |
| C  01/13/22 | 37 | AF Group  PO Box 40790  Lansing, MI 48901-7990 | Unearned insurance premium determin | 1229-000 | 20,580.40 | | 196,063.82 |
| C  02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 169.45 | 195,894.37 |
| C  03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 195.36 | 195,699.01 |
| C  03/23/22 | 002001 | International Sureties, Ltd.  Suite 420  701 Poydras St.  New Orleans, LA 70139 | Prorated premium Chapter 7 blanket bond #016036434 | 2300-000 | | 138.79 | 195,560.22 |
| C  04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 216.07 | 195,344.15 |
| C  05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 208.72 | 195,135.43 |
| C  06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 215.46 | 194,919.97 |

LFORM2T4

Ver: 22.06b

**EXHIBIT B (Form 2)**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 21-10222 -LMJ | Trustee Name:  EVERETT B. SASLOW, JR. |
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. | Bank Name:  Axos Bank |
| | | Account Number / CD #:  *******5576 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4841 | |
| For Period Ending: | 06/30/22 | Blanket Bond (per case limit):  $ 1,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | | | |
|---|---|---|---|---|---|
| Account *******5576 | Balance Forward | 0.00 | | | |
| 4 | Deposits | 196,063.82 | 1 | Checks | 138.79 |
| 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 1,005.06 |
| | Subtotal  $ | 196,063.82 | 0 | Transfers Out | 0.00 |
| | | | | Total  $ | 1,143.85 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total  $ | 196,063.82 | | | |

/s/    EVERETT B. SASLOW, JR.

Trustee's Signature: _____  Date: 07/13/22

EVERETT B. SASLOW, JR.
HILL EVANS JORDAN & BEATTY, PLLC
POST OFFICE BOX 989
GREENSBORO, NC  27402
Phone: (336) 379-1390
Email: saslow@hillevans.com

LFORM2T4

Ver: 22.06b

**EXHIBIT B (Form 2)**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | |   | | |
|---|---|---|---|---|
| Case No: | 21-10222 -LMJ | | Trustee Name: | EVERETT B. SASLOW, JR. |
| Case Name: | ELECTRONIC DATA MAGNETICS, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******5576  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4841 | | | |
| For Period Ending: | 06/30/22 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | Account / CD |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |

Bar Number: 7301

LFORM2T4

Ver: 22.06b